JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA CRUZ,<br><br>  Plaintiff,<br><br>  v.<br><br>NISSAN NORTH AMERICA, INC., *et al.*,<br><br>  Defendants. | Case No. 2:24-cv-06999-FLA (BFMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [DKT. 19]** |

1    On September 25, 2025, the parties filed a stipulation ("Stipulation") to dismiss this action with prejudice in accordance with the parties' written settlement agreement. Dkt. 19.

    Having considered the Stipulation and finding good cause therefor, the court hereby APPROVES the Stipulation and DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: September 26, 2025

    FERNANDO L. AENLLE-ROCHA
United States District Judge